# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00032-RJC-DSC

| | |
|---|---|
| RICHARD EDWARDS AND KAREN EDWARDS, ) ) ) | |
| Plaintiffs, ) ) | |
| ) | **ORDER** |
| v. ) ) | |
| JPMORGAN CHASE BANK N.A., ) ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Transfer" (document # 4) filed January 24, 2020. On February 7, 2020, Plaintiffs filed their Response to the Motion to Transfer (document #10) and represented that they "do not object to or oppose the motion to transfer this action to the Middle District of North Carolina." Therefore, for the reasons set forth in Defendant's "Brief in Support of Motion to Transfer" (document #5) and with Plaintiffs' consent, the Motion is <u>granted</u> and the Clerk is directed to transfer this matter to the United States District Court for the Middle District of North Carolina.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: February 10, 2020

_____
David S. Cayer
United States Magistrate Judge